## TILLMAN & CO. VS. ADAMS & CO.

Appeal from Hill county.

*Attachment—Principal and Agent.*—If the principal authorized and directed the agent to sue out the attachment, or knowing his purpose to do so, sanctioned his action, he is liable for the malice

of the agent. If the principal, although he did not in any way participate in the malicious acts of the agent, yet if he afterwards ratified, adopted or approved the same, he is liable for the malice of the agent.

Opinion by Willson, J.